**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Control Systems Design and Automation, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Control Systems Design** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0644621** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5237 Nashville Road, Building 1** <br> **Bowling Green, KY 42101** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Warren** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Control Systems Design and Automation, Inc.**                    Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Control Systems Design and Automation, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Control Systems Design and Automation, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 20, 2016**
   MM / DD / YYYY

*X* **/s/ Robert Scheidegger**                                    **Robert Scheidegger**
Signature of authorized representative of debtor              Printed name

Title _____

**18. Signature of attorney**

*X* **/s/ Mark H. Flener**                          Date   **April 20, 2016**
Signature of attorney for debtor                            MM / DD / YYYY

**Mark H. Flener**
Printed name

**Mark H. Flener**
Firm name

**1143 Fairway Street, Suite 101**
**P.O. Box 8**
**Bowling Green, KY 42102-0008**
Number, Street, City, State & ZIP Code

Contact phone   **270-783-8400**        Email address   **mflener@bellsouth.net**

_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Control Systems Design and Automation, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 20, 2016**      **X /s/ Robert Scheidegger**
_____
Signature of individual signing on behalf of debtor

**Robert Scheidegger**
_____
Printed name

_____
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Control Systems Design and Automation, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advanced Solutions 1901 Nelson Miller Pkwy Suite 102 Louisville, KY 40223** | | | | | | $27,105.00 |
| **Aerotek Commerical Staffing P.O. Box  198531 Atlanta, GA 30384-8531** | | | | | | $72,921.84 |
| **American Bank & Trust P.O. Box 688 Bowling Green, KY 42102** | | **90 days or less: Accounts receivables** | | $223,982.11 | $371,393.16 | $115,588.95 |
| **B & M Industries 16770 Hilltop Park Place Chagrin Falls, OH 44023-4500** | | | | | | $126,589.01 |
| **C&E Sales P.O. Box  951576 Cleveland, OH 44193** | | | | | | $29,189.91 |
| **Davert 100 N Graham Avenue Bowling Green, KY 42101** | | | | | | $22,595.83 |
| **DXP Enterprises 11270 Cornell Park Drive Cincinnati, OH 45242** | | | | | | $14,780.00 |
| **EZ Grout 1833 North Riverview Road Malta, OH 43758** | | | | | | $72,130.99 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                                          Best Case Bankruptcy

| Debtor | **Control Systems Design and Automation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Franklin Bank & Trust** P.O. Box 449 Franklin, KY 42134 | | **90 days or less: Accounts receivables** | | $298,966.66 | $371,393.16 | $298,966.66 |
| **Intelligrated Systems, LLC** 7901 Innovation Way Mason, OH 45040 | | | | | | $11,020.34 |
| **Internal Revenue Service** P.O. Box 21126 Philadelphia, PA 19114 | | | | | | $217,019.00 |
| **JKM Sales, Inc** 1 Via Del Fico Court Lake Elsinore, CA 92532 | | | | | | $15,000.00 |
| **Matt Ryan** 205 Pine Pointe Court Bowling Green, KY 42103 | | | | | | $250,000.00 |
| **Merchant Cash and Capitol LLC** 170 Old Country Road suite 608 Mineola, NY 11501 | | **90 days or less: Accounts receivables** | | $324,559.00 | $371,393.16 | $324,559.00 |
| **Metal Form and Finish LLC Robert Schaeff** P.O. BOX 21203 Lansing, MI 48909 | | | | | | $8,500.00 |
| **Millenium Jim McCabe** 4053 Woodland Creek Dr. SE #301 Grand Rapids, MI 49512 | | | | | | $10,000.00 |
| **Pete Vasina** 136 Guinevere Ridge Cheshire, CT 06410 | | | | | | $15,204.25 |
| **Platinum Rapid Funding Group** 348 RXR Plaza Uniondale, NY 11556 | | **90 days or less: Accounts receivables** | | $122,000.00 | $371,393.16 | $122,000.00 |
| **RJ Vissing Assoc.** 329 Henry Clay Blvd. Lexington, KY 40502 | | | | | | $14,268.80 |

Debtor   **Control Systems Design and Automation, Inc.**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Whayne Supply Company Department 8326 Carol Stream, IL 60122** | | | | | | **$17,577.45** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Control Systems Design and Automation, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................................    $       **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................................    $       **519,289.88**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................................    $       **519,289.88**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $       **1,263,617.77**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $       **217,091.37**

    3b. Total amount of claims of nonpriority amount of unsecured claims:
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$       **759,898.36**

4.   **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b        $       **2,240,607.50**

**Fill in this information to identify the case:**

Debtor name __**Control Systems Design and Automation, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF KENTUCKY__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$500.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **U S Bank checking account** | checking | 6602 | $0.00 |
| 3.2.  **Independence Bank** | checking | 6701 | $48,989.56 |
| 3.3.  **US Bank** | checking | 6610 | $10.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $49,499.56 |
|---|---|

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

Debtor    **Control Systems Design and Automation, Inc.**                    Case number *(If known)* _____
        Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

    8.1.    **Phone/Internet Lines** _____    **$3,500.00**

    8.2.    **Tile** _____    **$1,931.00**

9.    **Total of Part 2.**                                                           | **$5,431.00** |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☒ Yes Fill in the information below.

11.    **Accounts receivable**

      11a. 90 days old or less:    **371,393.16**    -    **0.00**    = ....    **$371,393.16**
                                    face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                          | **$371,393.16** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

    ☒ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Control Systems Design and Automation, Inc.**                    Case number *(If known)* _____
       Name

| | | | |
|---|---|---|---|
| 39. | **Office furniture** | | |
| | **Office Furniture** | $0.00 | $885.40 |
| | **Cabinets** | $0.00 | $178.26 |
| | **Cabinets** | $0.00 | $108.95 |
| | **Office Furniture** | $0.00 | $131.20 |
| | **Camrons Desk** | $0.00 | $62.79 |
| | **Mattress/Bed for camron** | $0.00 | $128.88 |
| | **carpeting** | $0.00 | $22.78 |
| | **Lofts** | $0.00 | $6.06 |
| | **Office build out** | $0.00 | $20.00 |
| | **supplies** | $0.00 | $11.78 |
| | **Materials** | $0.00 | $197.21 |
| | **New Office Upstairs** | $0.00 | $36.67 |
| 40. | **Office fixtures** | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | **quickbooks** | $0.00 | $0.00 |
| | **Monitors** | $0.00 | $54.54 |
| | **Printer** | $0.00 | $175.68 |
| | **Monitor** | $0.00 | $18.32 |
| | **2 Monitors** | $0.00 | $25.92 |
| | **New Computer** | $0.00 | $263.20 |
| | **New Computer** | $0.00 | $288.15 |
| | **2 new computers** | $0.00 | $333.94 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Control Systems Design and Automation, Inc.**                    Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **Hydraulic Press** | $0.00 | | $89.23 |
| **Panel Saw** | $0.00 | | $159.06 |
| **Barrel Fan** | $0.00 | | $77.87 |
| **Compressor** | $0.00 | | $161.14 |
| **Computers** | $0.00 | | $297.38 |
| **New Trailer** | $0.00 | | $494.44 |
| **Generator** | $0.00 | | $155.63 |
| **Caterpillar Generator Model XQ100** | $0.00 | | $7,572.35 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    | $11,956.83 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2009 Chevy Traverse** | $0.00 | | $17,373.33 |
| 47.2. **F-150 95 Ford Truck** | $0.00 | | $288.00 |
| 47.3. **2009Toyota Venza** | $0.00 | | $14,391.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Control Systems Design and Automation, Inc.**                    Case number *(If known)* _____
          Name

| 47.4. | **2013 Lexus** | **$0.00** | | **$19,778.88** |
|---|---|---|---|---|
| 47.5. | **Fork Lift** | **$0.00** | | **$2,514.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

| 48.1. | **Mill for shop** | **$0.00** | | **$1,249.00** |
|---|---|---|---|---|
| 48.2. | **Trailer for shop** | **$0.00** | | **$480.00** |
| 48.3. | **Generator** | **$0.00** | | **$3,150.96** |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

| **Office computer equipment** | **$0.00** | | **$15,000.00** |
|---|---|---|---|
| **Hardware** | **$0.00** | | **$6.51** |
| **Hardware** | **$0.00** | | **$3.23** |
| **Shop Equipment** | **$0.00** | | **$30.48** |
| **Compressor** | **$0.00** | | **$402.00** |
| **Computers, server, laptops** | **$15,000.00** | | **$91.58** |

51.    **Total of Part 8.**                                                        **$74,758.97**
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Control Systems Design and Automation, Inc.**    Case number *(If known)* _____
        <sub>Name</sub>

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |
|      Goodwill | $0.00 | | Unknown |

66.    **Total of Part 10.**                                                                                 | **$0.00** |

     Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** | |
|      Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** | |
|      Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

Debtor    **Control Systems Design and Automation, Inc.**    Case number *(If known)* _____
Name

| | |
|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

**Demo Equipment** ............................................................................................. $6,250.36

---

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$6,250.36** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Control Systems Design and Automation, Inc.**          Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $49,499.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,431.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $371,393.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,956.83 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $74,758.97 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,250.36 | |
| 91. **Total.** Add lines 80 through 90 for each column | $519,289.88 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $519,289.88 |

Fill in this information to identify the case:

Debtor name **Control Systems Design and Automation, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **American Bank & Trust**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**90 days or less: Accounts receivables** | $223,982.11 | $371,393.16 |
| **P.O. Box 688**<br>**Bowling Green, KY 42102**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**Security Agreement** | | |
| | Is the creditor an insider or related party? | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No | | |
| | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ☐ No | ☐ Contingent | | |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **1. Independence Bank**<br>**2. American Bank & Trust**<br>**3. Franklin Bank & Trust**<br>**4. Merchant Cash and Capitol LLC**<br>**5. Platinum Rapid Funding Group** | | | |
| **2.2** **BB & T**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2013 Lexus** | $23,110.00 | $19,778.88 |
| **P.O. Box 600**<br>**Wilson, NC 27894-0600**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**Purchase Money Security** | | |
| | Is the creditor an insider or related party? | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Control Systems Design and Automation, Inc.** | Case number *(if know)* | |
|---|---|---|---|
| | Name | | |

**7/14/2014**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Franklin Bank & Trust** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien        $298,966.66        $371,393.16
**90 days or less: Accounts receivables**

**P.O. Box 449**
**Franklin, KY 42134**

Creditor's mailing address

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Huntington National Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien        $8,000.00        $14,391.00
**2009Toyota Venza**

**7450 Huntington Park Drive**
**Columbus, OH 43235**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Independence Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien        $263,000.00        $371,393.16
**90 days or less: Accounts receivables**

**1945 Scottsville Rd**
**Bowling Green, KY 42104**

Creditor's mailing address

Describe the lien

---

Debtor   **Control Systems Design and Automation, Inc.**                    Case number (if know) _____
_____
Name

**Security Agreement**

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Merchant Cash and Capitol LLC** | Describe debtor's property that is subject to a lien | $324,559.00 | $371,393.16 |
|---|---|---|---|---|

Creditor's Name

**170 Old Country Road suite 608**
**Mineola, NY 11501**

Creditor's mailing address

**90 days or less: Accounts receivables**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **NFS Leasing, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**900 Cummings Center Suite 309-V**
**Beverly, MA 01915**

Creditor's mailing address

**Office computer equipment**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Control Systems Design and Automation, Inc.**                    Case number (if know) _____
_____
Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its
relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Platinum Rapid Funding Group** | Describe debtor's property that is subject to a lien | $122,000.00 | $371,393.16 |

Creditor's Name

**90 days or less: Accounts receivables**

**348 RXR Plaza
Uniondale, NY 11556**

Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,263,617.77 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bachert Kerrick**<br>**1025 State Street**<br>**Bowling Green, KY 42103** | Line  **2.1** | |
| **Giuliano McDonnell & Perrone, LLP**<br>**170 Old Country Road, Suite 608**<br>**Mineola, NY 11501** | Line  **2.6** | |
| **Larry Hinton**<br>**310 East 11th Street**<br>**P.O. Box 4000**<br>**Bowling Green, KY 42102** | Line  **2.5** | |

**Fill in this information to identify the case:**

Debtor name    **Control Systems Design and Automation, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Bowling Green**<br>**P.O. Box 1410**<br>**Bowling Green, KY 42102-1410** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$72.37** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$217,019.00** | **$217,019.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    28474    Best Case Bankruptcy

| Debtor | Control Systems Design and Automation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kentucky Dept. of Revenue**

**Frankfort, KY 40619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,105.00** |
|---|---|---|---|

**Advanced Solutions**
**1901 Nelson Miller Pkwy Suite 102**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,921.84** |
|---|---|---|---|

**Aerotek Commerical Staffing**
**P.O. Box  198531**
**Atlanta, GA 30384-8531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alro Steel Corporation**
**310 Boxley Ave**
**Louisville, KY 40209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,485.00** |
|---|---|---|---|

**AUS Central Lockbox**
**P.O. Box 431676**
**Dallas, TX 75373-1676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126,589.01** |
|---|---|---|---|

**B & M Industries**
**16770 Hilltop Park Place**
**Chagrin Falls, OH 44023-4500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Control Systems Design and Automation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,046.07 |
|---|---|---|---|

**BG Machine & Welding**
**119 St. Charles Avenue**
**Bowling Green, KY 42102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,287.12 |
|---|---|---|---|

**BG Rubber & Gasket**
**P.O. Box 9549**
**Bowling Green, KY 42102-9549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,492.00 |
|---|---|---|---|

**BKD, LLP**
**P.O. Box 1196**
**Bowling Green, KY 42102-1196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,721.67 |
|---|---|---|---|

**Border States Electric Supply**
**P.O. Box 306079**
**Nashville, TN 37230-6079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,295.75 |
|---|---|---|---|

**Brandt Industries**
**2405 Riverside Dr.**
**Chattanooga, TN 37406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,189.91 |
|---|---|---|---|

**C&E Sales**
**P.O. Box  951576**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,621.24 |
|---|---|---|---|

**Cornerstone Information Systems**
**800 South Main St**
**Hopkinsville, KY 42240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Control Systems Design and Automation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,595.83** |
|---|---|---|---|

**Davert**
100 N Graham Avenue
Bowling Green, KY 42101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,780.00** |
|---|---|---|---|

**DXP Enterprises**
11270 Cornell Park Drive
Cincinnati, OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,130.99** |
|---|---|---|---|

**EZ Grout**
1833 North Riverview Road
Malta, OH 43758

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,629.76** |
|---|---|---|---|

**G.M. Refrigeration Co.**
7750 Tyler Blvd
Mentor, OH 44060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**H.E. Parmer Company**
1635 County Hospital Road
Nashville, TN 37218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,020.34** |
|---|---|---|---|

**Intelligrated Systems, LLC**
7901 Innovation Way
Mason, OH 45040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**JKM Sales, Inc**
1 Via Del Fico Court
Lake Elsinore, CA 92532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Control Systems Design and Automation, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.20 | Matt Ryan<br>**205 Pine Pointe Court**<br>**Bowling Green, KY 42103** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250,000.00** |
| --- | --- | --- | --- |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

**Metal Form and Finish LLC Robert Schaeff**
**P.O. BOX 21203**
**Lansing, MI 48909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,500.00**

---

**3.22** Nonpriority creditor's name and mailing address

**Millenium Jim McCabe**
**4053 Woodland Creek Dr. SE #301**
**Grand Rapids, MI 49512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.23** Nonpriority creditor's name and mailing address

**Omega Sonics**
**330 E. Easy Street Suite A**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,565.93**

---

**3.24** Nonpriority creditor's name and mailing address

**Pete Vasina**
**136 Guinevere Ridge**
**Cheshire, CT 06410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,204.25**

---

**3.25** Nonpriority creditor's name and mailing address

**RJ Vissing Assoc.**
**329 Henry Clay Blvd.**
**Lexington, KY 40502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,268.80**

---

**3.26** Nonpriority creditor's name and mailing address

**Sunset Filtration Products, Inc**
**21 Oak Avenue**
**Palm Harbor, FL 34684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,870.40**

---

Debtor    **Control Systems Design and Automation, Inc.**                Case number (if known) _____
_____
             Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,577.45 |

**Whayne Supply Company Department**
**8326**
**Carol Stream, IL 60122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **John Turner**<br>**Shook, Hardy & Bacon** | Line  **3.2** | _ |
| | | ☐ Not listed. Explain ____ | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ 217,091.37 |
| 5b. Total claims from Part 2 | | 5b. + | $ 759,898.36 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ 976,989.73 |

**Fill in this information to identify the case:**

Debtor name    **Control Systems Design and Automation, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Storage Unit** | |
| State the term remaining | **Affordable Self Storage** |
| List the contract number of any government contract | **290 Cal Batsel Road** **Bowling Green, KY 42104** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Laptops** | |
| State the term remaining | **Lenovo Financial Services** |
| List the contract number of any government contract | **10201 Centurion Parkway N #100** **Jacksonville, FL 32256** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Office/Warehouse Building** | |
| State the term remaining | **Nashville Road Warehousing** |
| List the contract number of any government contract | **504 31_W ByPass** **Bowling Green, KY 42101** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Lease on all computers equipment and softeware** | |
| State the term remaining — **23 months** | **NFS Leasing, Inc.** **900 Cummings Center** |
| List the contract number of any government contract | **Suite 309-V** **Beverly, MA 01915** |

Debtor 1    **Control Systems Design and Automation, Inc.**                    Case number *(if known)* _____

    First Name             Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Laptop computers** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Var Resources**<br>**2330 I-30,**<br>**Mesquite, TX 75150** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Control Systems Design and Automation, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)      _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cecil Martin** | **1225 Fairway**<br>**Bowling Green, KY 42103** | **Franklin Bank & Trust** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Robert E. Scheidegger** | **741 Hunters Pointe Court**<br>**Bowling Green, KY 42104** | **Franklin Bank & Trust** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Robert E. Scheidegger** | **741 Hunters Pointe Court**<br>**Bowling Green, KY 42104** | **American Bank & Trust** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Robert E. Scheidegger** | **741 Hunters Pointe Court**<br>**Bowling Green, KY 42104** | **Independence Bank** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Robert E. Scheidegger** | **741 Hunters Pointe Court**<br>**Bowling Green, KY 42104** | **Merchant Cash and Capitol LLC** | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Control Systems Design and Automation, Inc.**

Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

2.6   **William Mattingly**    **645 Metts Drive**          **Franklin Bank &**     ■ D   **2.3**
                              **Lebanon, KY 40033**        **Trust**              ☐ E/F _____
                                                                                  ☐ G _____

**Fill in this information to identify the case:**

Debtor name    **Control Systems Design and Automation, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$742,207.86** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$4,616,820.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$6,203,528.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor   **Control Systems Design and Automation, Inc.**                           Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Merchant Cash and Capitol LLC**<br>**170 Old Country Road suite 608**<br>**Mineola, NY 11501** | **Dec2015-to April2016** | **$86,440.35** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Platinum Rapid Funding Group**<br>**348 RXR Plaza**<br>**Uniondale, NY 11556** | **Dec 2015-April 2016** | **$51,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Robert E. Scheidegger**<br>**741 Hunters Pointe Court**<br>**Bowling Green, KY 42104**<br>**President/Owner** | **Regular salary per pay period** | **$208,000.00** | **Salary per year.** |

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | **Notice of Levy received by Independence Bank on or about April 14,2016**<br>Last 4 digits of account number: _____ | **Account suspended** | **Unknown** |

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor __Control Systems Design and Automation, Inc._____    Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Merchant Cash and Capitol LLC v. Debtor**<br>**601815/2016** | Collection | **Supreme Court of New York County of Nassau** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Control Systems Design and Automation, Inc.**                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Mark H. Flener** **1143 Fairway Street, Suite 101** **P.O. Box 8** **Bowling Green, KY** **42102-0008** | **$5000.00 retainer paid on April 20, 2016.** **$1717.00 Court filing fee paid on April 20,2016** | | **$5,000.00** |
| **Email or website address** **mflener@bellsouth.net** | | | |
| **Who made the payment, if not debtor?** **250.00 per hour as approved by Court.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Control Systems Design and Automation, Inc.**                    Case number *(if known)*

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Affordable Self Storage 290 Cal Batsel Road Bowling Green, KY 42104 | Robert E. Scheidegger 741 Hunters Pointe Court Bowling Green, KY 42104 | Equipment parts | ☐ No ☑ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

---

Debtor    **Control Systems Design and Automation, Inc.**                    Case number *(if known)* _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.　**BKD, LLP**<br>　　　　**P.O. Box 1196**<br>　　　　**Bowling Green, KY 42102-1196** | **2013-2015** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

Debtor    **Control Systems Design and Automation, Inc.**                    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **BKD, LLP**<br>**P.O. Box 1196**<br>**Bowling Green, KY 42102-1196** | |
| 26c.2.  **Bell, Orr, Ayers & Moore**<br>**1010 College Street**<br>**Bowling Green, KY 42101** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert E. Scheidegger | 741 Hunters Pointe Court<br>Bowling Green, KY 42104 | President | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Control Systems Design and Automation, Inc.**                    Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 20, 2016**

**/s/ Robert Scheidegger**                              **Robert Scheidegger**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Control Systems Design and Automation, Inc.**                    Case No. _____

                                          Debtor(s)          Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ☐ Debtor    ■ Other (specify):    **250.00 per hour as approved by Court.**

3.   The source of compensation to be paid to me is:

     ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**April 20, 2016**                         **/s/ Mark H. Flener**
_Date_                                     **Mark H. Flener**
                                           _Signature of Attorney_
                                           **Mark H. Flener**
                                           **1143 Fairway Street, Suite 101**
                                           **P.O. Box 8**
                                           **Bowling Green, KY 42102-0008**
                                           **270-783-8400  Fax: 270-783-8873**
                                           **mflener@bellsouth.net**
                                           _Name of law firm_

---

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Control Systems Design and Automation, Inc.**                                    Case No. _____

                                                    Debtor(s)                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert E. Scheidegger**<br>**741 Hunters Pointe Court**<br>**Bowling Green, KY 42104** | | **!00%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 20, 2016**                              Signature    **/s/ Robert Scheidegger**

                                                                 **Robert Scheidegger**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Control Systems Design and Automation, Inc.**      Case No.

                                       Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the   of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 20, 2016**                 **/s/ Robert Scheidegger**

                                          **Robert Scheidegger/**
                                          Signer/Title

Control Systems Design and Automation, Inc. -

Advanced Solutions
1901 Nelson Miller Pkwy Suite 102
Louisville, KY 40223

Aerotek Commerical Staffing
P.O. Box 198531
Atlanta, GA 30384-8531

Affordable Self Storage
290 Cal Batsel Road
Bowling Green, KY 42104

Alro Steel Corporation
310 Boxley Ave
Louisville, KY 40209

American Bank & Trust
P.O. Box 688
Bowling Green, KY 42102

AUS Central Lockbox
P.O. Box 431676
Dallas, TX 75373-1676

B & M Industries
16770 Hilltop Park Place
Chagrin Falls, OH 44023-4500

Bachert Kerrick
1025 State Street
Bowling Green, KY 42103

BB & T
P.O. Box 600
Wilson, NC 27894-0600

BG Machine & Welding
119 St. Charles Avenue
Bowling Green, KY 42102

BG Rubber & Gasket
P.O. Box 9549
Bowling Green, KY 42102-9549

BKD, LLP
P.O. Box 1196
Bowling Green, KY 42102-1196

Border States Electric Supply
P.O. Box 306079
Nashville, TN 37230-6079

Brandt Industries
2405 Riverside Dr.
Chattanooga, TN 37406

Control Systems Design and Automation, Inc. -

C&E Sales
P.O. Box 951576
Cleveland, OH 44193

Cecil Martin
1225 Fairway
Bowling Green, KY 42103

City of Bowling Green
P.O. Box 1410
Bowling Green, KY 42102-1410

Cornerstone Information Systems
800 South Main St
Hopkinsville, KY 42240

Davert
100 N Graham Avenue
Bowling Green, KY 42101

DXP Enterprises
11270 Cornell Park Drive
Cincinnati, OH 45242

EZ Grout
1833 North Riverview Road
Malta, OH 43758

Franklin Bank & Trust
P.O. Box 449
Franklin, KY 42134

G.M. Refrigeration Co.
7750 Tyler Blvd
Mentor, OH 44060

Giuliano McDonnell & Perrone, LLP
170 Old Country Road, Suite 608
Mineola, NY 11501

H.E. Parmer Company
1635 County Hospital Road
Nashville, TN 37218

Huntington National Bank
7450 Huntington Park Drive
Columbus, OH 43235

Independence Bank
1945 Scottsville Rd
Bowling Green, KY 42104

Intelligrated Systems, LLC
7901 Innovation Way
Mason, OH 45040

Control Systems Design and Automation, Inc. -

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

JKM Sales, Inc
1 Via Del Fico Court
Lake Elsinore, CA 92532

John Turner
Shook, Hardy & Bacon

Kentucky Dept. of Revenue
Frankfort, KY 40619

Larry Hinton
310 East 11th Street
P.O. Box 4000
Bowling Green, KY 42102

Lenovo Financial Services
10201 Centurion Parkway N #100
Jacksonville, FL 32256

Matt Ryan
205 Pine Pointe Court
Bowling Green, KY 42103

Merchant Cash and Capitol LLC
170 Old Country Road suite 608
Mineola, NY 11501

Metal Form and Finish LLC Robert Schaeff
P.O. BOX 21203
Lansing, MI 48909

Millenium Jim McCabe
4053 Woodland Creek Dr. SE #301
Grand Rapids, MI 49512

Nashville Road Warehousing
504 31_W ByPass
Bowling Green, KY 42101

NFS Leasing, Inc.
900 Cummings Center
Suite 309-V
Beverly, MA 01915

Omega Sonics
330 E. Easy Street Suite A
Simi Valley, CA 93065

Control Systems Design and Automation, Inc. -

Pete Vasina
136 Guinevere Ridge
Cheshire, CT 06410

Platinum Rapid Funding Group
348 RXR Plaza
Uniondale, NY 11556

RJ Vissing Assoc.
329 Henry Clay Blvd.
Lexington, KY 40502

Robert E. Scheidegger
741 Hunters Pointe Court
Bowling Green, KY 42104

Sunset Filtration Products, Inc
21 Oak Avenue
Palm Harbor, FL 34684

Var Resources
2330 I-30,
Mesquite, TX 75150

Whayne Supply Company Department
8326
Carol Stream, IL 60122

William Mattingly
645 Metts Drive
Lebanon, KY 40033

# United States Bankruptcy Court
## Western District of Kentucky

In re **Control Systems Design and Automation, Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Control Systems Design and Automation, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 20, 2016

Date

/s/ Mark H. Flener

**Mark H. Flener**

Signature of Attorney or Litigant

Counsel for **Control Systems Design and Automation, Inc.**

**Mark H. Flener**
**1143 Fairway Street, Suite 101**
**P.O. Box 8**
**Bowling Green, KY 42102-0008**
**270-783-8400 Fax:270-783-8873**
**mflener@bellsouth.net**